IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| IN RE: )<br>MEDex Regional Laboratories, LLC, )<br>)<br>Debtor. )<br>_____ )<br>)<br>CHARLES MCRAE SHARPE, TRUSTEE, )<br>)<br>Plaintiff/Appellee, )<br>)<br>v. )<br>)<br>PERSHING, YOAKLEY & ASSOCIATES, )<br>P.C., )<br>)<br>Defendant/Appellant. ) | No. 3:04-cv-438 |

## **O R D E R**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the bankruptcy court's August 6, 2004 denial [B.R. 74] of defendant/appellant's summary judgment motion [B.R. 52] is **VACATED** and **REMANDED** for reconsideration and/or clarification. It is further **ORDERED** that the bankruptcy court's August 19, 2004 order [B.R. 86] granting the Trustee's request for voluntary dismissal is **REVERSED**.

This adversary proceeding **SHALL** be timely reset on the bankruptcy court's trial docket. If the Trustee and/or his present appellate counsel intends to terminate their attorney/client relationship, the Trustee and/or his present appellate counsel **SHALL** move

for such relief in the bankruptcy court within ten days of the entry of this order. The scheduling order deadline for disclosure of expert testimony **SHALL** remain expired.

**IT IS SO ORDERED**:

ENTER:

s/ Leon Jordan
United States District Judge